IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CT-3078-FL

| | |
|---|---|
| HASSIE-DEMOND NOWLIN WE THE PEOPLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NORTH CAROLINA, GUILFORD COUNTY, CITY OF GREENSBORO, B.J BARNS, LINDSAY R. DAVIS, ROY COOPER, DOUG HENDERSON, JODI BARLOW, CHARLES BLACKMON, T.J. CARTER, YVONNE J. JOHNSON, NATHAN JOYCE, WAYNE SCOTT, JESSUP TORRE, VICKI POPE, MARION WARREN, J.P. JAMEISON, 100 JOHN DOE(S), INDIVIDUAL DEFENDANTS AND ALL THOSE SIMILARLY SITUATED,<br><br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED**, in accordance with the court's order entered this date, that this action is hereby dismissed with prejudice as frivolous.

This Judgment Filed and Entered on January 3, 2019, with service on

　Hassie Demond Nowlin 33929-057　　　(via U.S. Mail)
　Montgomery - FPC
　Maxwell Air Force Base
　Montgomery, AL 36112

January 3, 2019　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　　　/s/ M. Castania
　　　　　　　　　　　　　　　　　　　　By M. Castania, Deputy Clerk